```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0005--CR (JKS)
                    "USA V KENNETH HOOVER"
                    DEF 1.1 HOOVER, KENNETH

      Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed:  06/22/05
            Closed:  11/29/05
No. of Defendants:   1
    MJ Case Number:
               AKA:
   Location status:  U.S. Custody
        Trial date:
        Terminated:  YES
Needs interpreter:   NO
 Counsel of record:  Sue Ellen Tatter
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Kevin Feldis
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 HOOVER, KENNETH
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF A FIREARM (F) | Sentenced (31-1) |
| 1 - 1 IND | 2 | 18:924(d)(1) CRIMINAL FORFEITURE (F) | Sentenced (30-2) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE J05-0005--CR (JKS)
                                     "USA V KENNETH HOOVER"

                                        For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed: 06/22/05
             Closed: 11/29/05
No. of Defendants: 1


  Document #   Filed      Docket text
  ──────────   ─────      ───────────
  NOTE -   1   06/22/05   [Re: DEF 1] Issued WOA.

     1 -   1   06/22/05   [Re: DEF 1] PLF 1 Indictment.

     2 -   1   06/22/05   [Re: DEF 1] JDR Grand Jury Minutes re Indt Secret; WOA to be issued; no
                          bail set.

  NOTE -   2   07/13/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 7/12/05 in
                          Wrangell, AK.

     3 -   1   07/15/05   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: arr on Indt (held
                          7/14/05); FPD appointed; def plead NG to Ct 1 of Indt; def detained; det
                          hrg set for 7/15/05 at 10:30 a.m.; ptms due 8/3/05; cnsl advised of
                          trial date of 9/6/05 at 8:30 a.m. in Juneau w/FPTC set for 8/29/05 at
                          11:00 a.m. in Anchorage.  cc: USA, FPD, USM, USPO, Judge Singleton, JC,
                          Juneau Div Off

     4 -   1   07/15/05   [Re: DEF 1] Financial Affidavit.

     5 -   1   07/15/05   [Re: DEF 1] JDR Order of Detention Pending Hearing; det hrg set for
                          7/15/05 at 10:30 a.m. cc: USA, FPD, USM, USPO

     6 -   1   07/15/05   [Re: DEF 1] JDR Order regarding preparation for trial; cnsl to meet and
                          confer 7/14/05; ptms due 8/3/05.  cc: USA, FPD

     7 -   1   07/15/05   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: det hrg (held
                          7/15/05); det continued w/att wit and exh list. cc: USA, FPD, USM, USPO

     8 -   1   07/15/05   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                          USPO

     9 -   1   07/15/05   [Re: DEF 1] JKS Minute Order re FPTC set for 8/29/05 at 11:00 a.m. in
                          Anchorage, TBJ set for 9/6/05 at 9:00 a.m. in Juneau; trial docs due
                          8/24/05. cc: USA, FPD, USM, USM, USPO, MJ Pallenberg, JC, ECR,
                          Divisional Deputy, Finance, Chief Deputy, Clerk

    10 -   1   07/15/05   DEF 1 Attorney Appearance of S. Tatter.

    11 -   1   07/15/05   [Re: DEF 1] Return of WOA executed on 7/12/05.

    12 -   1   07/25/05   [Re: DEF 1] Transcript of Detention Hearing (held 7/15/05).

    13 -   1   07/29/05   DEF 1 Notice of Intent to change plea.

    14 -   1   08/02/05   [Re: DEF 1] JKS Minute Order re PCOP hrg set for 8/17/05 at 9:45 in
                          Juneau. cc: USA, FPD, USM, USPO, MJ Pallenberg

    15 -   1   08/09/05   [Re: DEF 1] JKS Minute Order re PCOP hrg RESET for 8/17/05 at 9:00 a.m.
                          in Anchorage. cc: USA, FPD, USM, USPO
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE J05-0005--CR (JKS)
                    "USA V KENNETH HOOVER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 08/17/05 | [Re: DEF 1] JKS Court Minutes [ECR: April Karper] re Proposed Change of Plea (held 8/17/05); def changed pleas to GUILTY on cts 1 and 2 of the Indt; crt accepted pleas; IOS set for 11/17/05 at 10:00 a.m. in Anchorage; def det cont; cc: USA, FPD, USM, USPO, MJ Pallenberg. |
| 17 - 1 | 08/17/05 | [Re: DEF 1] JKS Minute Order re FPTC set for 8/29/05 and TBJ set for 9/6/05 are vacated. cc: USA, FPD, USM, USPO, MJ Pallenberg, JC |
| 18 - 1 | 08/18/05 | [Re: DEF 1] PLF 1 motion for entry of preliminary order of forfeiture. |
| 19 - 1 | 08/22/05 | [Re: DEF 1] JKS Order granting motion for entry of preliminary order of forfeiture (18-1). cc: USA, FPD |
| 20 - 1 | 08/23/05 | {SEALED} |
| 21 - 1 | 08/25/05 | {SEALED} |
| 22 - 1 | 09/12/05 | [Re: DEF 1] JKS Minute Order re IOS reset for 11/21/05 at 10:00 a.m. cc: USA, FPD, USM, USPO |
| 23 - 1 | 11/14/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 24 - 1 | 11/14/05 | DEF 1 Sentencing Memorandum. |
| 25 - 1 | 11/14/05 | [Re: DEF 1] PLF 1 motion for final decree of forfeiture. |
| 26 - 1 | 11/15/05 | DEF 1 Notice of filing letter w/att letter. |
| 27 - 1 | 11/21/05 | [Re: DEF 1] PLF 1 Notice of filing on shortened time w/att exhs. |
| 28 - 1 | 11/21/05 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re IOS (held 11/21/05); sentence imposed as stated in the judgment; order for transportation of witness signed; with attached list of exhibits and witnesses. |
| 29 - 1 | 11/21/05 | [Re: DEF 1] JKS Order directing USM to provide transport for witness Laura Larsen from Anch, AK to Wrangell, AK after IOS on 11/21/05. cc: USA, FPD, USM |
| 30 - 1 | 11/22/05 | [Re: DEF 1] JKS Order granting motion for final decree of forfeiture (25-1). cc: USA, FPD, ATF, USM, USPO, MJ Pallenberg |
| 30 - 2 | 11/22/05 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 2 of the Indictment (1-1). |
| 31 - 1 | 11/29/05 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); sent 30 mos; SR 36 mos; SA $100. cc: USA, FPD, USM, USPO, Finance, FLU, MJ Pallenberg, def w/cnsls cy |